```
                                                                              C/M
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
ABIGAIL RODNEY,                                             :   **ORDER**
                                                            :
                                      Plaintiff,            :   17-cv-3921 (BMC) (LB)
                                                            :
               - against -                                  :
                                                            :
YALE REALTY LLC,                                            :
                                                            :
                                      Defendant.            :
----------------------------------------------------------- X
```

**COGAN**, District Judge.

This case is before the Court on the Report and Recommendation of Magistrate Judge Lois Bloom [30], recommending that this Court dismiss the case because plaintiff *pro se* failed to attend either of two conferences that she had scheduled, despite multiple warnings that the case would be dismissed if she did not. Plaintiff's non-appearance is not surprising. I had earlier observed that this action appeared to be an effort to delay plaintiff's eviction pursuant to a state court order for about two weeks, until such time as she entered other premises on a new lease. When I denied the temporary restraining order that would have stopped the state court proceeding, she showed no further interest in the case.

Accordingly, I adopt the Report and Recommendation as the Order of this Court, and the case is dismissed pursuant to Federal Rules of Civil Procedure 16(f) and 37(b)(2)(A).

**SO ORDERED.**

 

_____
U.S.D.J.

Dated: Brooklyn, New York
       December 5, 2017